#60294

FILED
2009 AUG 27 PM 1:44
CLERK
NORTHERN DISTRICT OF OHIO
CANTON

# UNCLAIMED FUNDS

AUGUST 26, 2009

| | |
|---|---|
| 03-61414 | MARK TOMAS MILES<br>JACKLYN RAMONA MILES<br>DEBTOR DID NOT CASH CHECK<br>CHECK #385293 FOR $319.33<br>MARK THOMAS MILES<br>JACKLYN RAMONA MILES<br>3250 MAYHAM RD NE<br>CARROLLTON, OH 44615 |
| 04-61144 | JOSEPH RIOS, JR. (DECEASED)<br>HILARY RIOS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #385294 FOR $6.09<br>EBERLY MCMAHON HOCHSCHELD LLC<br>2321 KEMPER LN #100<br>CINCINNATI, OH 45206 |
| 07-60975 | CLARENCE & JOYCE HOLCOMBE<br>CREDITOR DID NOT CASH CHECK<br>CHECK #385295 FOR $465.87<br>FIRST INDIANA BANK<br>135 NORTH PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46204 |
| 07-60975 | CLARENCE & JOYCE HOLCOMBE<br>CREDITOR DID NOT CASH CHECK<br>CHECK #385296 FOR $552.62<br>FIRST INDIANA BANK<br>135 NORTH PENNSYLVANIA STREET<br>INDIANAPOLIS, IN 46204 |